262 F.2d 592
 MORGENSTERN CHEMICAL COMPANY, Inc., Appellant,
v.
G. D. SEARLE & COMPANY.
 No. 12653.
 United States Court of Appeals Third Circuit.
 Argued January 22, 1959.
 Decided February 6, 1959.
 
 Appeal from the United States District Court for the District of New Jersey; Reynier J. Wortendyke, Judge.
 
 
 1
 See also 253 F.2d 390.
 
 
 2
 Copal Mintz, New York City, for appellant.
 
 
 3
 Frederick B. Lacey, Newark, N. J. (Shanley & Fisher, Newark, N. J., Donald A. Robinson, Newark, N. J., Howard P. Robinson, Chicago, Ill., of the Illinois Bar, on the brief), for appellee.
 
 
 4
 Before KALODNER and HASTIE, Circuit Judges, and EGAN, District Judge.
 
 
 5
 PER CURIAM.
 
 
 6
 Upon review of the record we find no error. The judgment of the District Court will be affirmed.